# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PENSACOLA ROBINSON,<br><br>                Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br><br>                Defendant. | Civil No. 16-cv-1203-JPG-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff Pensacola Robinson.

DATED: October 17, 2017

                                            **JUSTINE FLANAGAN,**
                                            **Acting Clerk of Court**

                                            **BY: <u>s/Tina Gray, Deputy Clerk</u>**

**Approved:**
<u>s/ *J. Phil Gilbert*</u>
**J. Phil Gilbert**
**U.S. District Judge**